# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>the residence located at 206 North Morse )<br>Avenue, Apartment 36, Liberty, Missouri, further )<br>described in Attachment A-1 ) | Case No. 21-SW-00140-WBG |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Missouri_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

☑ **YOU ARE COMMANDED** to execute this warrant on or before _____04/12/2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and return this warrant and inventory to _____Honorable W. Brian Gaddy, U.S. Magistrate Judge_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result as listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

☐ Warrant issued in person.
☑ Warrant issued by telephone or other reliable electronic means.

Date and time issued: _____March 29, 2021 at 4:16 pm_____

City and state: _____Kansas City, Missouri_____   Honorable W. Brian Gaddy, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 21-SW-00140-WBG | Date and time warrant executed: 3/31/21  6:36 Am | Copy of warrant and inventory left with: ZACHARY BALLARD |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED RECEIPT FOR PROPERTY, FD-597

### Certification

☐ I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

☒ I declare under penalty of perjury that this inventory is correct and was returned electronically along with the original warrant to the designated judge IAW Fed.R.Crim.P. 4.1 and 4(f)(1)(D).

Date: 3/31/21

*Executing officer's signature*

TFO DAVID ALBERS
*Printed name and title*

FD-597 (Rev. 4-13-2015)　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305I-KC-3408998

On (date) 3/31/2021

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Zachary Ballard

(Street Address) 206 N. Morse Ave, Apt 36

(City) Liberty, MO

Description of Item(s):
- Sony Vaio laptop w/ External Hard Drive w/ cord
- ASUS Model: K011 w/ charger
- SanDisk flashdrive 128 GB
- SanDisk Ultra Plus 16GB
- TDK CD
- 3 SanDisk flashdrives
- 2 DVDs
- 5 Discs
- Seagate Hard Drive
- 4 DVDs
- Red ASUS laptop
- Blue ASUS laptop
- White Xperia Cell phone

Received By: (Signature)
Printed Name/Title: TFO DAVID ALBERS

Received From: X (Signature)
Printed Name/Title: ZACH BALLARD